**Richard M. ELBERT, Appellant,**

v.

**CITY OF KANSAS CITY, MISSOURI; Kansas City Police Department; John Does, L–6; Board of Police Commissioners; J. Agnew; Major Steve Staffer; Captain Ron Canaday; Brent Marchant; Jerold Cox; C. Penyweit; Gary Knapp; Robert Wayne, also known as Robert Wynne; James Corwin, also known as Cpt. James Carwin; James A. Kreilbergs; Sgt. Phil Stockard; Matt Rog, also known as Rog Badge; Dale Close, Legal Advisor for the Kansas City, Missouri Police Department; Captain Nathan McHale, Kansas City, Missouri Police Officer, in his individual and official capacity; Sgt. Cy Ritter, Kansas City Police Officer, in his individual and official capacity; Sgt. Ell; Sgt. Francis; Sgt. Podraza; Officer Bush; Officer Hall; Officer Rodriguez; Officer Millen; Officer Busen; Officer Blumquist; Officer Ledoux; Sgt. Arndt; Sgt. Mulloy; Officer Pelter; Officer Metzger; Officer P. Smith; Officer Abraham; Officer Gibson; Officer Emery; Officer Delameter; Officer Velaquez; Officer R. Smith; Officer Wadle; Captain Dennis Buck; Detec-**tive Panuco; Detective Mueller; Detective Stockdale; Detective Hernandez; Detective Laningham; Detective Monroe; Officer Edwards; Detective Vessar; Officer Perez; George Graven, Assistant Fire Marshall, Appellees.

No. 99–3986.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2001.

Decided March 12, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Richard M. Elbert appeals from the district court's[1] adverse grant of summary judgment on some of the claims, and from the judgment entered by the court[2] on an adverse jury verdict on the remaining claims, in his civil rights action against various Kansas City government entities and officials. Having carefully reviewed the file and the parties' submissions on appeal, we affirm for the reasons stated in the district court's thorough orders. *See* 8th Cir. R. 47B. We deny Elbert's request for a trial transcript to be prepared at government expense.

---

[1] The Honorable Joseph E. Stevens, Jr., late a United States District Judge for the Western District of Missouri.

[2] The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.